IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  16-cr-00284-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  DONALD ILEY

    Defendant.

---

**INDICTMENT
18 U.S.C. § 1343
18 U.S.C. § 1341
26 U.S.C. § 7206(2)**

---

### COUNTS 1 - 12

The Grand Jury charges that:

At all times relevant to this indictment:

1. Iley and Associates (I&A) was an accounting and tax preparation firm in the State and District of Colorado.

2. DONALD ILEY was a certified public accountant and the owner of I&A. I&A employed several individuals who performed accounting and tax preparation services. DONALD ILEY oversaw the actions of the employees of I&A, and had final decision-making authority regarding the business activities of I&A.

3. DONALD ILEY, through I&A, provided accounting and tax preparation services to more than 140 businesses in the State and District of Colorado. Among other things, I&A performed payroll services. The payroll services offered by I&A involved calculating clients' Federal Insurance Contribution Act ("FICA") taxes,

1

including social security and Medicare taxes.

4. The Internal Revenue Code and regulations require an employer to report wages paid to employees and the amount of withheld FICA taxes quarterly on a Form 941, Employer's Quarterly Federal Tax Return. The Form 941 is required to be filed one month after the conclusion of the calendar quarter to which it pertains.

### The Scheme

5. Between on or about January 26, 2011, and on or about November 20, 2015, in the State and District of Colorado, DONALD ILEY devised and intended to devise a scheme and artifice to defraud and for obtaining money from the clients of I&A by means of materially false and fraudulent pretenses, representations, and promises.

6. As part of said scheme, DONALD ILEY, through I&A, prepared or caused others to prepare Employer's Quarterly Federal Tax Return, Form 941 for those clients who retained I&A to provide payroll accounting services (hereafter "payroll clients").

7. As part of said scheme, DONALD ILEY, through I&A, caused to be prepared an "ACH Deduction Report," which identified the payroll client's "Total Federal Payroll Tax Liability" for each pay period. The ACH Deduction Report also identified other amounts to be withdrawn at the same time, such as federal and state unemployment tax.

8. As part of said scheme, DONALD ILEY misrepresented and caused others to misrepresent that monies identified on the ACH Deduction Report would be withdrawn from the payroll client's bank account by I&A, and then sent to the Internal Revenue Service to satisfy the payroll client's "Total Federal Payroll Tax Liability," as identified on both the ACH Deduction Report, and the Form 941,

Employer's Quarterly Federal Tax Return.

9. As part of said scheme, DONALD ILEY, through I&A, caused monies to be withdrawn from the payroll client's bank account and transferred to a bank account in the name of I&A. Instead of paying these monies to the Internal Revenue Service to satisfy the payroll client's "Total Federal Payroll Tax Liability," DONALD ILEY used these monies for other purposes, including paying personal expenses such as payments on his mortgage and his wife's credit card bill.

10. As part of said scheme, DONALD ILEY concealed the fact that he was not paying payroll taxes, and instead falsely represented and caused others at I&A to falsely represent to payroll clients that such taxes were being paid.

11. As part of said scheme, DONALD ILEY, through I&A, caused to be sent or delivered to payroll clients, a Form 941, Employer's Quarterly Federal Tax Return, which indicated the amount of payroll taxes then due and owing to the Internal Revenue Service, which was withdrawn from the payroll clients' bank account, as reflected on ACH Deduction Reports.

12. As part of said scheme, DONALD ILEY, through I&A, often sent a cover letter to the payroll client along with the Form 941, which falsely misrepresented that the Form 941 included with the letter was a file copy of the tax filing, and that DONALD ILEY had paid or would pay the taxes. Instead, Iley did not file these Forms 941 included with the letter with the IRS, and DONALD ILEY had not, and would not pay the taxes he claimed to pay. The payroll clients relied on these false representations and thereby allowed DONALD ILEY to fraudulently obtain monies from their bank accounts.

13. As part of said scheme, DONALD ILEY prepared and assisted in the preparation

of false Forms 941, which were actually filed with the Internal Revenue Service and were different than the "copy" of the Forms 941 sent to payroll clients. Specifically, the false Forms 941 filed with the Internal Revenue Service claimed that the payroll clients had no payroll taxes due and owing.

14. In excess of ninety payroll clients relied on DONALD ILEY's misrepresentations and allowed him to withdraw in excess of 3.5 million dollars that they believed he would pay to the IRS.

15. On or about the following dates and for the counts listed below, in the State and District of Colorado, DONALD ILEY, for the purpose of executing said scheme, transmitted and caused to be transmitted by means of wire communication in interstate commerce writings, signs and signals, that is, Automated Clearing House transactions that transferred funds in the amounts identified below, from the bank accounts of the payroll clients identified below to the I&A bank account at US Bank, account number X-XXX-XXXX-4136:

| Count | Date ACH Initiated | Payroll Client / Bank Account | Total Amount of ACH Deduction |
|---|---|---|---|
| 1 | 2/26/13 | W.R.G. Inc. / 1st Bank XXX-XXX-9449 | 8,352.12 |
| 2 | 5/31/13 | W.R.G. Inc. / 1st Bank XXX-XXX-9449 | 17,780.00 |
| 3 | 9/24/13 | W.R.G. Inc. / 1st Bank XXX-XXX-9449 | 17,780.00 |
| 4 | 12/24/13 | W.R.G. Inc. / 1st Bank XXX-XXX-9449 | 17,780.00 |
| 5 | 1/22/14 | R.M.A. LLC / Bank of Colorado-Pinnacle Bank XXXXXX4030 | 3,256.37 |

| 6 | 2/19/14 | R.M.A. LLC / Bank of Colorado-Pinnacle Bank XXXXXX4030 | 3,250.12 |
| 7 | 3/19/14 | R.M.A. LLC / Bank of Colorado-Pinnacle Bank XXXXXX4030 | 767.63 |
| 8 | 4/23/14 | R.M.A. LLC / Bank of Colorado-Pinnacle Bank XXXXXX4030 | 2,622.61 |
| 9 | 5/21/14 | R.M.A. LLC / Bank of Colorado-Pinnacle Bank XXXXXX4030 | 2,656.53 |
| 10 | 6/18/14 | R.M.A. LLC / Bank of Colorado-Pinnacle Bank XXXXXX4030 | 2,782.58 |
| 11 | 7/30/14 | W.R.G. Inc. / 1st Bank XXX-XXX-9449 | 37,228.36 |
| 12 | 12/26/14 | W.R.G. Inc. / 1st Bank XXX-XXX-9449 | 46,325.00 |

All in violation of Title 18, United States Code, Section 1343.

## **MAIL FRAUD**

## **COUNTS 13 – 14**

16. Paragraphs 1 - 14 of this indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

17. On or about the dates and for the counts identified below, in the State and District of Colorado, DONALD ILEY, for the purpose of executing and attempting to execute the scheme knowingly caused to be delivered by the United States Postal Service, according to the direction thereon, the documents identified below:

| Count | Date of Mailing (on or about) | Document |
|---|---|---|
| 13 | September 15, 2015 | Letter from I&A to L.B. stating "Please find enclosed a file copy of your 2nd quarter payroll tax filings for your records. Don Iley pays your taxes, so there is nothing more that you need to do. …" |

5

| Count | Date of Mailing (on or about) | Document |
|---|---|---|
| 14 | October 28, 2015 | Letter from I&A to L.B. stating "Please find enclosed a file copy of your 3rd quarter payroll tax filings for your records.  Don Iley pays you taxes, so there is nothing more that you need to do." |

All in violation of Title 18 United States Code, Section 1341

## PREPARING FALSE TAX RETURNS

### COUNTS 15 - 32

18. Paragraphs 1 - 4 of this indictment are hereby re-alleged as if set out in full and incorporated herein by reference.

19. On or about the dates and for the counts listed below, in the State and District of Colorado, the defendant, DONALD ILEY, willfully aided and assisted in, and procured, counseled and advised, the preparation and presentation to the Internal Revenue Service of Forms 941, U.S. Employer's Quarterly Tax Return, for the taxpayers and for the years and quarters listed below.  The returns were false and fraudulent as to material matters, in that the returns represented that the taxpayers did not owe any social security or Medicare taxes when as DONALD ILEY then knew, the taxpayers did owe social security and Medicare taxes:

| Count | Dates (on or about) | Taxpayer / Year / Quarter | False Entries |
|---|---|---|---|
| 15 | 1/27/15 - 1/31/15 | W.R.G. 2014 4th Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e) , Total taxes before adjustments (Line 6) |
| 16 | 4/24/15 – 4/30/15 | W.R.G. 2015 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e) , Total taxes before adjustments (Line 6) |

6

| Count | Dates (on or about) | Taxpayer / Year / Quarter | False Entries |
|---|---|---|---|
| 17 | 7/29/15 – 7/31/15 | W.R.G. 2015 2nd Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e) , Total taxes before adjustments (Line 6) |
| 18 | 1/21/14 – 1/31/14 | R.M.A. 2013 4th Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 19 | 4/22/14 – 4/30/14 | R.M.A. 2014 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 20 | 7/23/14 – 7/31/14 | R.M.A. 2014 2nd Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 21 | 1/20/15 – 1/31/15 | B.P. 2014 4th Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 22 | 4/21/15 – 4/30/15 | B.P. 2015 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 23 | 7/29/15 – 7/31/15 | B.P. 2015 2nd Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 24 | 1/27/15 – 1/31/15 | B.E. (aka L.B.) 2014 4th Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |

| Count | Dates (on or about) | Taxpayer / Year / Quarter | False Entries |
|---|---|---|---|
| 25 | 4/21/15 – 4/30/15 | B.E. (aka L.B.) 2015 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 26 | 7/23/15 – 7/31/15 | B.E. (aka L.B.) 2015 2nd Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 27 | 4/23/15 – 4/30/15 | M.M. Inc 2015 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 28 | 7/23/15 – 7/31/15 | M.M. Inc 2015 2nd Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 29 | 4/22/15 – 4/30/15 | M.J.E.C., LLC 2015 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 30 | 7/23/15 – 7/31/15 | M.J.E.C., LLC 2015 2nd Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 31 | 1/27/15 – 1/31/15 | S.A.&V. (aka I.H., Inc.) 2014 4th Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |
| 32 | 4/22/15 – 4/30/15 | S.A.&V. (aka I.H., Inc.) 2015 1st Quarter | Wages, tips, and other compensation (Line 2), Income Tax Withheld (Line 3), Taxable Social Security & Medicare wages & tips (Lines 5a, 5c & 5e), Total taxes before adjustments (Line 6) |

All in violation of Title 26, United States Code, Section 7206(2).

## NOTICE OF FORFEITURE

20. The allegations contained in Counts 1 through 12 (wire fraud) and Counts 13 through 14 (mail fraud) of this Indictment hereby are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

21. Upon conviction of one or more of the violations alleged in Counts 1 through 14 of this Indictment involving the commission of violations of Tile 18, United States Code, Sections 1343 and 1341, the defendant DONALD ILEY shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all rights, title, and interest in all property constituting and derived from any proceeds he obtained directly and indirectly as a result of such offense or offenses or shall be liable for a money judgment in the amount of the proceeds that he obtained as a result of the schemes charged in Counts 1 through 12 (wire fraud)  and Counts 13 through 14 (mail fraud) of this Indictment.

22. If any of the property described above, as a result of any act or omission of DONALD ILEY, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been substantially diminished in value; or has been commingled with other property that cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461, incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of DONALD ILEY up to the

value of the forfeitable property described above.

          A TRUE BILL


         <u>Ink signature on file in Clerk's Office</u>
         FOREPERSON


ROBERT C. TROYER
Acting United States Attorney
District of Colorado



By: <u>s/J. Chris Larson</u>
J. Chris Larson
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0409
E-mail: J.Chris.Larson@usdoj.gov
Attorney for the United States

10