PS 40 (Rev. 12/13) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>PO Box 1227<br>Sterling, VA 20166-1227 | **FROM:** United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO 80294 |

☑ **Original Notice**
Date: 09/12/2016
By: J. Garcia-Gonzalez

☒ **Notice of Disposition**
Date: March 30, 2018
By: L. Roberson

Defendant: Donald Iley
Date of Birth: 1964
SSN:

Case Number: 16-cr-00284-CMA-1
Place of Birth: Texas, USA

**Notice of Court Order** (Order Date: 09/07/2016 )

☑ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 307697522 and/or passport card number _____ to the custody of the U.S. District Court on 09/12/2016.

**NOTICE OF DISPOSITION**

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court