

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To   U.S. Department of State
CA/PPT/L/LA
Street & Apt.  44132 Mercure Circle
or PO Box   P.O. Box 1227
City, State,   Sterling, VA  20166-1227

PS Form 38

7014 3490 0001 5489 4045

CERTIFIED MAIL®
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7014 3490 0001 5489 4045

7014 3490 0001 5489 4045