## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

United States of America,       )      Docket No.: 16-CR-00284-CMA-1

Plaintiff               )

                          )      Motion by Defendant Requesting

v.         **FILED**        )      that this Court Appoint an

UNITED STATES DISTRICT COURT
DENVER, COLORADO

                          )      Attorney to Represent Defendant

Donald Iley,   **MAY -6 2024**   )      Pursuant a Reduction in

Defendant    JEFFREY P. COLWELL   )      Sentence under 18 U.S.C.

CLERK          )      §3532(c)(2)

### MOTION

Defendant, Donald Iley, motions this Court to appoint an attorney to represent him pursuant a reduction in sentence under 18 U.S.C. §3532(c)(2) based upon Amendment 821 (Part B, Subpart 1) to the United States Sentencing Guidelines because Defendant received zero criminal history points and satisfies all other required criteria specified in U.S.S.G §4C1.1 for the retroactive application of the Amendment.

### CERTIFICATION

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion was placed in the prison mailing system here at FPC Yankton on ___May 1, 2024___ (month, date, year).

Executed (signed) on ___5/1/24___ (date).

_____
Signature of Movant –
Donald Iley
Reg#: 43774-013
Federal Prison Camp
PO Box 700
Yankton, SD 57078

NAME: Donald Iley
REG#: 43774-013
FEDERAL PRISON CAMP
P.O. BOX 700
YANKTON, SD 57078

80294-250151

SIOUX FALLS SD 570

1 MAY 2024 PM 1 L

United States District Court Clerk
Alfred A Arraj United States Courthouse
901 19th Street, 2nd Floor
Denver, CO 80294

